IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH SNYDER                                              PLAINTIFF

        v.                  Civil No. 07-5085

NURSE ANDREA GARRETT                             DEFENDANT

## **ORDER**

Plaintiff's complaint was filed in this case on May 14, 2007. Before the undersigned is the plaintiff's motion to amend his complaint (Doc. 6). In order to assist the court in making the determination of whether the motion should be granted, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Kenneth Snyder, complete and sign the attached questionnaire, and return the same to the court **by July 26, 2007. Plaintiff is advised that should he fail to return the completed and executed questionnaire by July 26, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 14th day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH SNYDER                                                                                          PLAINTIFF

        v.                              Civil No. 07-5085

NURSE ANDREA GARRETT                                                                      DEFENDANT

**QUESTIONNAIRE**

TO:  KENNETH SNYDER

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your motion to amend the complaint should be granted.  Accordingly, it is required that you fill out this questionnaire and send it back to the court **by July 26, 2007**.  Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

     In your motion to amend, you indicate you were taken off your "psych medication" without being told.  You indicate you were taking the medication because you are bi-polar.  You mention Nurse Andrea, the doctor, and the Sheriff.

     (1).  Did you intend to name the jail doctor as a defendant?

     Answer:  Yes _____No _____.

     If you answered yes, please state the name of the jail doctor and describe how you believe he was deliberately indifferent to your serious medical needs.

_____

_____

_____

_____

_____

  (2). Did you intend to name the Sheriff as a defendant?

  Answer: Yes _____No _____.

 If you answered yes, please state how you believe the Sheriff violated your federal constitutional rights.

_____

_____

_____

_____

  (3). Please state: (a) what "psych medication" you were on; (b) when it was taken away from you; and (c) who took the medication away from you.

_____

_____

_____

_____

  (4). Did you suffer any physical injury as a result of being taken off the medication?

  Answer: Yes _____ No _____.

**AO72A**
**(Rev. 8/82)**

If you answered yes, please describe: (a) the physical injuries you suffered; (b) the symptoms you experienced; (c) the severity of the symptoms; (d) whether you sought or received medical treatment as a result of the injuries; and (e) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
KENNETH SNYDER

_____
DATE