IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


KENNETH SNYDER                                                                    PLAINTIFF


              v.                        Civil No. 07-5085


NURSE ANDREA GARRETT;
SHERIFF FERGUSON; and
DR. HUSKINS                                                                      DEFENDANTS

**O R D E R**

Defendants filed a motion for summary judgment (Doc. 19).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Kenneth Snyder is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 11, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 18th day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


KENNETH SNYDER                                                              PLAINTIFF

                    v.                        Civil No. 07-5085

NURSE ANDREA GARRETT;
SHERIFF FERGUSON; and
DR. HUSKINS                                                                 DEFENDANTS


**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  Kenneth Snyder

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **August 11, 2008.**

        1.  On March 5, 2007, you were booked into the Benton County Detention Center

(BCDC) on a probation violation charge.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

        page 1.


_____

_____

_____

_____


        2.  Your personal property consisted of white shoes, a blue jacket, a black belt, two

-2-

earrings, a lip ring, a tongue ring, a silver toned necklace, a blue shirt, and blue jeans. You

had no prescription medication in your personal property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 1 at

page 4.

_____

_____

_____

_____

3.  Probation Officer Michael Markum submitted an affidavit of probable cause

stating that you had failed to register as a sex offender as required by law, had associated with

juvenile females, had moved without notifying your supervising officer, and had admitted to

using marijuana.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 1 at page

5.

_____

_____

_____

_____

4.  You completed a medical questionnaire on March 5, 2007, on which you indicated

you had asthma, presently used an inhaler, and were not under a doctor's care.

-3-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

5(A).  On March 8th you submitted a medical request.  You stated you believed you were allergic to the meat.  You indicated every since you had been eating it your face had been breaking out and scratchy.  You also stated that you had been having problems with your teeth when you ate hard food.  You asked for a soft tray.  You stated the last time you were told you had gum disease.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

(B).  In response, Nurse Garrett wrote:  "There are no diet changes any more."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-4-

page 2.

_____

_____

_____

_____

6(A).  On March 8th you submitted a grievance/request.  You asked to be moved to E-102/P.C.  You stated you had asthma and having three people in one cell was messing with your breathing.  You stated you could not breathe and your lungs were closing up slowly.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

(B).  In response, Captain Petray stated he would check on it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 1.

_____

_____

_____

-5-

_____

(C).  Were you moved or was anything done?

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 1.

_____

_____

_____

_____

(D).  Please explain how having three people in the cell was causing you problems

with your asthma.

Answer:

_____

_____

_____

_____

7.  On March 12th you submitted a grievance/request in which you stated you were

having problems with David Daniels and other inmates.  You stated you wanted to stay in

booking.  In response, you were told you had been moved and you would stay as housed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

2.

-6-

_____

_____

_____

_____

8(A).  On March 15th you requested a soft tray and a no meat diet.  You indicated that

you were breaking out on your face due to the meat.  You also stated you had gum disease

and your teeth were sensitive due to it.  Finally, you said you were having trouble sleeping.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

3.

_____

_____

_____

_____

(B).  In response, you were told there would be no diet changes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 3.

_____

_____

_____

_____

-7-

9.  On March 17th you submitted a request to be moved to protective custody in pod E-102.  You stated you were being threatened by other inmates.  In response you were told they needed the names of the inmates threatening you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

10.  On March 19th you were sentenced on the sexual indecency with a child charge.  You were to serve a eighteen months incarceration the Arkansas Department of Correction (ADC) and forty-eight months of your sentence was suspended.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to  Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

11.  On March 19th you asked to be put in administrative segregation.  You stated if you got put in a pod you would beat the "shit out of someone & fight a lot."  In response, you

-8-

were told you were receiving recreation with people in the same classification as yourself and that if you fought you would be charged.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

12(A).  On March 20th you submitted a medical request for something to help you sleep.  You stated you had been restless all night and maybe getting an hour of sleep.  You stated you had been on Trazodone in the real world to help you sleep.  You indicated it had been prescribed by a doctor at Ozark Guidance in Bentonville.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

(B).  On March 22nd you submitted a medical request complaining you were having trouble sleeping and stating you were trying to get Trazodone to help you sleep.  You stated

you were only sleeping an hour a night.  You stated you were on Trazodone while on the outside.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

13.  You were seen by Nurse Garrett on March 23rd.  She noted you requested Trazodone, a soft diet, and complained of your feet peeling.  She prescribed hydrocortisone cream for seven days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 44.

_____

_____

_____

_____

14.  Nurse Garrett also had you complete a medical release form so she could obtain your records from Ozark Guidance Center.  She faxed the form to them that day and requested your records and a list of your medications.

-10-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

pages 6 and 7.

_____

_____

_____

_____

15.   On March 24th you submitted a medical request.  You stated you had ingrown

hairs on your face and head.  You asked if you could get a haircut ordered by the nurse.  You

also said you thought you had "egsima" [eczema] on your face, forehead and side of your

head.  You asked for a haircut or shave.  In response, someone wrote you were to see the

doctor on March 28th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 8.

_____

_____

_____

_____

16.   On March 27th you submitted a request asking to be put in administrative

segregation or protective custody.  You stated you felt your life would be in danger if you

were put in general population.  You stated you did not know the names but you knew threats

had been made.  In response, you were told you were currently on lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

17.  You were seen by Dr. John Huskins on March 28th.   He noted you were concerned about your hair and beard.  Dr. Huskins noted no secondary infection, ingrown hairs, and no superficial scalp.  He also noted you had been on medication from Ozark Guidance.  He continued you on Trazodone.  He stated they would request your medication list from Ozark Guidance.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

18.  On March 29th you complained your lymph nodes on the side of your neck were swollen and you were also trying to find out about your bi-polar medication.  You requested a

-12-

vegetarian diet because you believed the meat was making you sick, giving you diarrhea, and causing you to break out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

19.  They received the list of your medications from Ozark Guidance.  The diagnosis listed bi-polar disorder and your medication list covered 1/1/2003 to 7/2/2004.  The medications included Trileptal, Wellbutrin, Trazodone, and Depakote

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 12-14.

_____

_____

_____

_____

20.  On April 2nd you requested a no meat diet.  You stated that when you came in you were not asked if you were a vegetarian.  You stated the meat was making you sick.  You indicated you believed you were allergic to it because you had a rash on your chest since you

-13-

had been there that came and went.  You also indicated your throat was swollen.  In response, Nurse Garrett wrote:  "No diet changes."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 15.

_____

_____

_____

_____

21.   On April 2nd you were seen by Dr. Huskins.  You complained of some lumps on your back.  You also asked about your medications.  Dr. Huskins noted some pustules around your beard.  He noted some post nasal drainage.  He increased your Trazodone to twice a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 16.

_____

_____

_____

_____

22.   On April 3, 2007, you requested an Albuterol inhaler for your asthma.  You also stated you had an ingrown toenail and sores in your mouth.  In response, Nurse Garrett wrote that you would be seen by the doctor.

-14-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

23.  On April 6th you complained that when you were booked in you were not asked if you were allergic to anything or asked any questions.  You stated you were allergic to meats and didn't eat meats.  You stated you were allergic to processed meat and when you ate it your lymph nodes and throat became swollen.  You asked if your diet could please be changed.  In response, you were to see the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 18.

_____

_____

_____

_____

24.  You were seen by Dr. Huskins on April 6th.  He prescribed Erythromycin for one week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-15-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 44.

_____

_____

_____

_____

25.  On April 8th you asked if you could please be put on medication for bi-polar. You stated you were going crazy and were tired of always being down.  You also stated you needed an inhaler for your asthma.  You asked for Depakote or something.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

26.  On April 9th you submitted a request asking for your intake papers to be changed. You stated you were not asked any questions when you were booked in.  You indicated you were allergic to processed meat and were a vegetarian.  You stated you had been trying for three weeks to get it straight.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

-16-

page 6.

_____

_____

_____

_____

27.  In response, Captain Petray stated you were asked questions when you were

booked in.  If you were having a medical problem, you were told to put in a medical.  He told

you the doctor made all medical decisions in the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 6.

_____

_____

_____

_____

28.  On April 9th you were seen by Nurse Garrett.  She noted you were requesting

medical for bi-polar disorder.  You requested Carmex and she prescribed that.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 44.

_____

_____

-17-

_____

_____

    29.  On April 10th you stated your teeth were hurting like crazy.  You indicated you had gum disease and when you bite into a cookie the enamel came off the front of one of your teeth.  You also indicated you had holes in your teeth and missing fillings from a while ago.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 20.

_____

_____

_____

_____

    30(A).   In response Nurse Garrett noted that you were on antibiotic which would help.  She also stated she would add Tylenol to your medication sheet.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 20 and page 43.

_____

_____

_____

_____

    (B).  Nurse Garrett prescribed Tylenol for one week.

-18-

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 43.

_____

_____

_____

_____

31.  On April 10th you also submitted a medical request asking for a soft tray.  You stated when you ate cookies, carrots, celery, chips or anything hard it killed your teeth and you sometimes felt sharp pain.  You also stated you had an abscess in the front bottom teeth.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 21.

_____

_____

_____

_____

32(A).  You were seen by Dr. Huskins on April 13th.  He noted you had a chipped tooth.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 43.

-19-

_____

_____

_____

_____

(B).  What treatment did you receive?

Answer:

_____

_____

_____

_____

_____

_____

_____

33.  On April 14th you submitted a medical request stating you visited yesterday with the medical staff about a soft tray and still hadn't gotten it.  You stated your teeth were hurting like crazy.  In response, Nurse Garrett wrote see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 22.

_____

_____

_____

_____

34.  On April 17th you submitted a request asking to be put on new medications.  You stated you were hearing voicing and were going insane.  You stated the Trazodone wasn't working and you would like something stronger.  In response, Nurse Garrett wrote you would see the doctor.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 23.

_____

_____

_____

_____

35.  On April 18th you submitted a request for a soft tray due to pain when you ate anything hard.  In response, Nurse Garrett wrote you would see the doctor.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 24.

_____

_____

_____

_____

-21-

36.  You were seen by Dr. Huskins on April 20th for dental pain and anxiety.  He noted that you stated you were unable to eat but your weight was up since your last visit.  He reviewed your records and noted you had been on Trazodone and Wellbutrin.  He discontinued the Trazodone and started you on Sinequan.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 25.

_____

_____

_____

_____

37(A).  On April 20th you submitted a grievance complaining you had been denied a soft tray or special diet.  You stated some of your teeth were rotted, broken, cracked, and you had fillings missing.  You indicated you could not eat chips, cookies, carrots, and celery.  Plus you stated the meat was making you sick.  Because of this you stated you were not getting your full 2300 calories a day.  Despite this, you state you were denied a soft tray or special diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 7.

_____

_____

-22-

_____

_____

    (B).  In response Petray wrote that he would forward the grievance to medical.  He

stated the doctor made all medical decisions in the jail.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

    page 7.

_____

_____

_____

_____

    38(A).  On April 22nd you complained of dizziness and weakness.  You stated you

might have high or low blood pressure.  You indicated you had been blacking out for the past

week or so at night.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

    page 26.

_____

_____

_____

_____

    (B).  In response, Nurse Garrett indicated she would monitor your blood pressure for

-23-

three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 26.

_____

_____

_____

_____

(C).  Your blood pressure on the 25th was 120/80.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at page 43.

_____

_____

_____

_____

39(A).  On April 24th you submitted a request for a special tray.  You indicated the meat was tearing up your stomach and making you "puke."  By not eating the meat, you stated you were not getting your 2300 calories a day.  You stated you were going hungry every day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

AO72A
(Rev. 8/82)

page 27.

_____

_____

_____

_____

(B).  On April 25th you stated you believed your blood sugar was low due to the

blackouts and weakness you had every night.  Also you said you were underweight.  You

asked if you could be put on double portions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 28.

_____

_____

_____

_____

(C).  On April 26th you stated that you had talked to your Mother and asked if you

were allergic to meat.  She stated that even when you were a child that you would get sick

any time you ate something with pork in it.  You asked for a no pork diet.  In response, Nurse

Garrett stated the diet at the BCDC was turkey based not pork based.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 30.

-25-

_____

_____

_____

_____

    (D).  On April 26th, Nurse Garrett authorized you to have one can of Ensure with

your meals.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

    page 27, page 29, and page 43.

_____

_____

_____

_____

    40.  On April 28th you submitted a grievance/medical on which you complained your

medication had been taken away.  You stated you were bipolar and needed your dioxepin to

keep your moods from going back and forth.  In response, Petray stated he would forward

your grievance to medical.  He stated the doctor made all medical decisions.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

    page 8.

_____

_____

-26-

_____

_____

41.   Please state:  (a) when your medication was taken away; (b) what medication was taken away; (c) who took your medication away; (d) the reason given for it being taken away; and (e) whether you started receiving the medication again.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-27-

_____

_____

_____

_____

42.  You were released to the ADC on May 2, 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 7.

_____

_____

_____

_____

43.  On May 10th you returned to the BCDC for an Omnibus hearing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 31.

_____

_____

_____

_____

44.  You completed a medical questionnaire on which you indicated you were on a

vegetarian diet, that you fainted on May 1st, had a history of low blood sugar, had bad teeth,

-28-

and had a cracked back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 31.

_____

_____

_____

_____

45.  On May 13th you submitted a medical request asking to have Ensure three times

a day and your meals like before you went to prison.  You stated you were still dizzy, weak,

and blackout sometimes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 32.

_____

_____

_____

_____

46.  On May 16th medical personnel approved you having one can of Ensure at

bedtime and a veggie tray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

-29-

page 42.

_____

_____

_____

_____

47.  On May 20th you submitted a medical request asking why you hadn't gotten your

vegetarian tray and why you hadn't been put on Ensure three times a day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at

page 33.

_____

_____

_____

_____

48.  Between May 16th and May 20th did you ever receive a vegetarian tray and

Ensure?

Answer:  Yes _____ No _____.

If you answered yes, please state when you began receiving the vegetarian trays and

how often you received them.  Also indicate how often you received the Ensure.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

49.  You returned to the ADC on May 24th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 9.

_____

_____

_____

_____

50.  On your intake physical at the ADC on May 2nd you reported auditory

hallucinations and fear and your current medications as Depakote and Trazodone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 6.

_____

_____

_____

_____

51.  Your intake dental exam noted no emergent need for dental hygiene services.

Your last dental visit had been in 2001.  You were in need of multiple fillings.  You were not

scheduled for any immediate dental treatment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-31-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 44.

_____

_____

_____

_____

52.   On May 30th you were seen by Dr. Albert L. Kittrell, a psychiatrist, who diagnosed you with polysubstance dependence, a probable antisocial personality disorder, asthma, and seasonal allergies.  He did not start you on any medications.  He believed your diagnosis of bipolar disorder was in doubt.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 71.

_____

_____

_____

_____

53.   There is no mention in the ADC medical records about you being allergic to meat or requesting a special diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4.

_____

_____

_____

_____

54. You were examined again by a psychiatrist on August 9, 2007, and not started on any medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 56.

_____

_____

_____

_____

55.  While in the BCDC, you received the medication indicated on the medication logs contained in Defendants Exhibit 2 at pages 34 to 41.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 2 at pages 24 to 41.  Be specific, state what specific medication you did not receive and on what days and what time.

_____

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

56.  Did you ever personally speak to, or communicate with, Sheriff Ferguson about your need for medical treatment?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail your conversation with, or communication with, Sheriff Ferguson and his response to you.

_____

-34-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please state in detail how you believe Sheriff Ferguson exhibited deliberate indifference to your serious medical needs.

_____

_____

_____

_____

_____

-35-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

57.   You received all medication prescribed to you by Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 31-45.

_____

_____

_____

_____

58.   You received all medical care and treatment prescribed to you by the Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-36-

If you disagree, explain.

_____

_____

_____

_____

59.   All orders of the jail medical staff were carried out by personnel at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

60.   Please explain in detail how you believe Dr. Huskins exhibited deliberate
indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

-37-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

61.  Please explain in detail how Nurse Garrett exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

-38-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

62.   You received all medical care and treatment Dr. Huskins believed in the exercise of his medical judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

-39-

_____

_____

_____

_____

63.   You received all medical care and treatment Nurse Garrett believed in the

exercise of her judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-40-

_____

_____

64.   Did you suffer any physical injury as a result of a delay in your receiving medical

care while at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the physical injury you suffered; (b) the

symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or

received medical treatment; (e) the treatment you received; (f) how long it took you to

recover from the treatment; and (g) attach to this response medical records establishing the

existence of the injuries or the effect the delay in treatment had on your health.  If you do not

have any records, explain to the court why you do not have any records.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-41-

_____

_____

_____

_____

_____

_____

_____

_____

_____

     65.  Each time you requested medical care or treatment you were seen by a jail nurse or doctor within a few days of your request.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     Detail below any further response you would like to make to defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

-42-

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2008.


_____
                    KENNETH SNYDER

AO72A
(Rev. 8/82)