IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KENNETH SNYDER**                                                                        **PLAINTIFF**

**v.**                           **Civil No. 07-5085**

**NURSE ANDREA GARRETT;**
**SHERIFF FERGUSON; and**
**DR. HUSKINS**                                                                        **DEFENDANTS**

**O R D E R**

Now on this 18th day of September, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #23, filed August 19, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's § 1983 claims are hereby **dismissed.**

**IT IS SO ORDERED.**

                                                                        **/s/Jimm Larry Hendren**
                                                                        **HON. JIMM LARRY HENDREN**
                                                                        **UNITED STATES DISTRICT JUDGE**